320 F.2d 918
 UNITED STATES of America
v.
Curtis ABBEY et al.
 No. 7394.
 United States Court of Appeals Tenth Circuit.
 August 8, 1963.
 
 Appeal from the United States District Court for the District of Kansas.
 Newell A. George, U. S. Atty., and Ronald K. Badger, Asst. U. S. Atty., Topeka, Kan., for appellant.
 L. R. Hannen, Burlington, Kan., for appellees.
 Before MURRAH, Chief Judge, and BREITENSTEIN, Circuit Judge.
 PER CURIAM.
 
 
 1
 Appeal dismissed August 8, 1963, on joint motion of the parties.